In the Matter of THOMAS A. AURELIO, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Appellants.

In the Matter of MATTHEW M. LEVY et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

In the Matter of THOMAS J. CURRAN et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents.

MICHAEL J. KENNEDY et al., Constituting the Committee on Vacancies Appointed by the Judicial Convention for the First Judicial District of the Democratic Party, et al., Appellants.

Argued September 27, 1943; decided September 27, 1943.

*Ignatius M. Wilkinson, Corporation Counsel* (*Paxton Blair* and *James Hall Prothero* of counsel), for Board of Elections of the City of New York, appellants.

*Charles H. Tuttle* for George Frankenthaler, appellant.

*Louis J. Lefkowitz* and *Alfred J. Bohlinger* for Thomas J. Curran et al., appellants.

*Andrew M. Lawler* and *Harold P. Spivak* for the Democratic Party, appellant.

*Leo J. Rosett* and *Harold P. Spivak* for Matthew M. Levy, appellant.

*Robert H. Elder* and *Otho S. Bowling* for Thomas A. Aurelio, respondent.

*Anthony J. Graziano* for William Lauricella et al., objectants, respondents.

Orders affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.